## SUPERB MANUFACTURING COMPANY v. MARION MALLEABLE IRON WORKS.

[No. 10,756.   Filed March 30, 1921.]

From Howard Circuit Court; *William C. Overton*, Judge.

Action between the Superb Manufacturing Company and the Marion Malleable Iron Works.   From the judgment rendered, the former appeals.   *Affirmed.*

*Joseph Cripe, Fred J. Beyers* and *Lawrence D. Carey*, for appellant.

*Musgrave, Oppenheim & Lee, Wolf & Barnes* and *Condo & Browne*, for appellee.

PER CURIAM.—Judgment affirmed.

## GREGG v. WYATT ET AL.

[No. 10,773.   Filed March 30, 1921.]

From Wells Circuit Court; *David E. Smith*, Special Judge.

Action between Joseph D. Gregg and Earl Wyatt and another. From the judgment rendered, the former appeals.   *Affirmed.*

*George Mock*, for appellant.
*A. W. Hamilton*, for appellees.

PER CURIAM.—Judgment affirmed.

## SMITH v. COVAL.

[No. 10,784.   Filed April 1, 1921.]

From Marion Superior Court (A 2,609); *W. W. Thornton*, Judge.

Action between Charles H. Smith and Charles Coval.   From the judgment rendered, the former appeals.   *Affirmed.*

*J. Fred Masters*, for appellant.
*Emsley W. Johnson* and *Joseph W. Hutchinson*, for appellee.

PER CURIAM.—Judgment affirmed.